# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, | : : : | No.: 4:17-CV-0540 |
| Plaintiff, | : : | (Judge Brann) |
| v. | : : : | |
| PERMANENT EASEMENT FOR 0.05 ACRES AND TEMPORARY EASEMENTS FOR 0.52 ACRES IN CHAPMAN TOWNSHIP, CLINTON COUNTY, PA, TAX PARCEL NUMBER 09-01-0058-L, DOGWOOD LANE, CHAPMAN TOWNSHIP, CLINTON COUNTY, PA, ALL UNKNOWN OWNERS, HARRY J. FALCO, AND KIMBERLY J. FALCO, | : : : : : : : : : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this 18th day of May 2017, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED** that Plaintiff Transcontinental Gas Pipe Line Company, LLC's Motion for Partial Summary Judgment is **GRANTED**. April 12, 2017, ECF No. 5.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge